**Ericka LOUVIERE;  et al., Plaintiffs,**

v.

**Daniel LAKAMP;  et al., Defendants**

**R. Michael Moity, Jr., Appellant.**

No. 06–31072
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2007.

R. Michael Moity, Jr., New Iberia, LA, for Appellant.

---

118

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

PER CURIAM: *

R. Michael Moity, Jr. appeals the district court's order referring the case to a magistrate judge to determine if he should be disbarred as a member of the bar of the U.S. District Court for the Western District of Louisiana. A magistrate judge entered a certification of contempt after Moity failed to appear for a Rule 16(f) conference and berated the judge's law clerk on the telephone. 28 U.S.C. § 636(e). After the district court held a show-cause hearing, the court found Moity in contempt and ordered him to attend anger management classes, perform community service, pay a $100 fine, and apologize. The court subsequently vacated that order and referred the case to a magistrate judge to determine whether Moity should be disbarred from practice in the Western District of Louisiana. Without commenting on the merits of this case, we dismiss the appeal for lack of appellate jurisdiction. The district court's referral order is not a final appealable order. *See* 28 U.S.C. § 1291; *Gregg v. Linder*, 349 F.3d 860, 862 (5th Cir.2003) (per curiam).

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.